No. 12–147. BRISTOL-MYERS SQUIBB CO. ET AL. *v.* ANGLIN ET AL. C. A. 7th Cir. Certiorari denied.

No. 12–151. MICKENS ET UX. *v.* TENTH JUDICIAL CIRCUIT COURT ET AL. C. A. 11th Cir. Certiorari denied.

No. 12–156. GEORGE *v.* UNITED STATES ET AL. C. A. 10th Cir. Certiorari denied.

No. 12–157. AMAECHI *v.* UNIVERSITY OF KENTUCKY ET AL. C. A. 6th Cir. Certiorari denied.

No. 12–160. ZAGA *v.* SUPERIOR COURT OF CALIFORNIA, LOS ANGELES COUNTY, ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 12–161. CRUZ *v.* NEW YORK STATE BOARD OF EDUCATION ET AL. C. A. 2d Cir. Certiorari denied.

No. 12–163. NEWELL WINDOW FURNISHINGS INC. ET AL. *v.* BENDER ET AL. C. A. 6th Cir. Certiorari denied.

No. 12–169. PANGHAT *v.* NEW YORK STATE DIVISION OF HUMAN RIGHTS. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 12–172. ADONNA *v.* SARGENT MANUFACTURING CO. C. A. 2d Cir. Certiorari denied.

No. 12–176. CHAPMAN *v.* UNITED AUTO WORKERS LOCAL 1005 ET AL. C. A. 6th Cir. Certiorari denied.

No. 12–178. BROWN *v.* BANK OF AMERICA CORP. ET AL. C. A. 1st Cir. Certiorari denied.

No. 12–179. PANGHAT *v.* NEW YORK STATE DIVISION OF HUMAN RIGHTS. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 12–200. KECK *v.* VIRGINIA ET AL. C. A. 4th Cir. Certiorari denied.